**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-1957**

_____

SHAWN L. SHOEN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

STEVEN W. REDDISH; BRUCE W. PHEASANT,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Franklin T. Dupree, Jr.,
Senior District Judge. (CA-94-110-7-D)

_____

Argued: March 4, 1996          Decided: March 26, 1996

_____

Before WILKINSON, Chief Judge, and HALL and WILKINS, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ARGUED:** John Drew Warlick, Jr., ELLIS, HOOPER, WARLICK, MORGAN &
HENRY, Jacksonville, North Carolina, for Appellant. Rudolf A.
Renfer, Jr., Assistant United States Attorney, Raleigh, North
Carolina, for Appellee. **ON BRIEF:** Janice McKenzie Cole, United
States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shawn Shoen, a former lance corporal in the Marine Corps, appeals an order of the district court granting summary judgment to the United States in Shoen's personal injury suit. Shoen challenges the substitution of the United States for the original defendants, the application of the Feres[*] doctrine to his suit, and the validity of Feres itself. He also asserts that he should have been allotted additional time for discovery.

We have considered the briefs and arguments of the parties, and we now affirm the judgment of the district court for the reasons stated in that court's memorandum opinions. Shoen v. United States, No. 7:94-CV-110-D3 (E.D.N.C., March 23, 1995, & September 6, 1995).

AFFIRMED

---

[*] Feres v. United States, 340 U.S. 135 (1950).

3